SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  IGNACIO PEREZ DE LA CRUZ
   Trial Attorney, Dept. of Justice, Tax Division
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
6

FILED

SEP 12 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America
8

9            IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO. 2 13 - CR - 0 3 11 JAM

13                  Plaintiff,

14          v.                             ORDER TO SEAL
                                           (UNDER SEAL)
15  ROBERT ELDON ROBERTSON, and
    ESTHER LYNNE ROBERTSON,
16
                    Defendants.
17

18

19       The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew D.

20  Segal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of

21  the defendants or until further order of the Court.

22  DATED:  9/12/13

23

24

25                                         _____
                                           ALLISON CLAIRE
26                                         United States Magistrate Judge

27

28

                                           3