**FILED**
November 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>                  Plaintiff,              )<br>v.                                                  )<br>                                                       )<br>ROBERT ELDON ROBERTSON, )<br>                                                       )<br>                  Defendant.           ) | Case No. 2:13-cr-00311-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT ELDON ROBERTSON, Case No. 2:13-cr-00311-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00

   _X_   Unsecured Appearance Bond

   ____   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/14/2013  at  2:59 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge