KRESTA NORA DALY, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant
ROBERT ELDON ROBERTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ELDON ROBERTSON,<br><br>    Defendant. | Case No. 2:13-CR-00311-JAM<br><br>**ORDER – WAIVER OF DEFENDANT'S PRESENCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Robert Eldon Robertson, filed a waiver of his right to be present in person in open Court upon the hearing of any motion or other proceedings in this cause, including, but not limited to, when the case is ordered, and when any other action is taken by the Court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant has requested the Court to proceed during every absence of his which the Court may permit pursuant to his signed waiver; has agreed that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and has further agreed to be present in Court ready for hearing any day and hour the Court may fix in his absence.

**IT IS SO ORDERED.**

**Dated: 12/10/2013**

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE